# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1558
Lower Tribunal No. 2019-CA-004902

_____

CRYSTOFER J. ROBERTS,

Appellant,

v.

DONALD W. GRACE, III,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.


G. Charles Wohlust, Maitland, for Appellant.

Todd M. Hoepker, of Todd M. Hoepker, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED